JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, and JOHN DOE FOUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, L.L.C.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01280-DSF-JPR<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' SECOND REQUEST TO CLOSE FILE OF ERRONEOUSLY FILED ACTION**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Dale S. Fischer<br>Courtroom: 7D – 1st Street |

| | |
|---|---|
| 1 | Having considered Plaintiffs' Notice of Erroneously Filed Action and Request |
| 2 | to Close File, the Court hereby orders this action be closed, having been erroneously |
| 3 | filed in this District. |
| 4 | **IT IS SO ORDERED.** |
| 5 | DATED: 4/11/18 |

*/s/ Dale S. Fischer*
_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 16870 W. Bernardo Drive, Suite 400, San Diego, CA 92127. Because this case was inadvertently filed in the wrong district there are no other parties to serve.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2018.

    *s/s Elle Chaseton*
    Elle Chaseton